SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                            5-1-26
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

IN RE:                                Case   No.   BK-N-26-50442-HLB
     MICHELLE A. GERBUS                     (Chapter 13)

                                      Hearing Date: 8-20-2026
                                      Plan Hearing Time: 3:00 p.m.
                    Debtor.           Time Required: 5 minutes
_____/

**NOTICE OF HEARING RE:**

**CONFIRMATION OF CHAPTER 13 PLAN**

     PLEASE take notice that a hearing with the Standing Chapter 13 Trustee has been scheduled for  8-20-2026 at 3:00 P.M.   in Courtroom 2 at the United States Bankruptcy Court, 300 Booth Street, Fifth Floor, Reno, Nevada 89509, with regard to the **CONFIRMATION OF THE CHAPTER 13 PLAN** filed by the Debtor.  Interested parties shall meet and confer with the Standing Chapter 13 Trustee at the Plan Hearing to identify any` unresolved legal and factual issues regarding confirmation of the Debtor's Chapter 13 plan.  The plan confirmation hearing shall take place in the Bankruptcy Courtroom at 2:00 p.m. At that time, the Stating Chapter 13 Trustee will report to the Court the status of any pending objection to confirmation.  If all pending objections have been resolved at or prior to the Plan Hearing, The Court may determine the values of collateral as set forth in the Debtor's Plan, or as agreed to by the parties, and the Debtor's Chapter 13 Plan may be confirmed without further notice and hearing.  To the extent is available, the Court may consider pending objections to confirmation.  Alternatively, the Court will continue the confirmation hearing to an argument date, if necessary, set a briefing schedule.

     A copy of the Debtors' Chapter 13 Plan is attached to this Notice.

     If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the Court.  You must also serve your written response on the person who set you this notice.

1

If you do not file a written response, or if you do not serve your written response with the Court, on the person who sent you this notice, then:

1. The Court may *refuse to allow you to speak* at the scheduled hearing; and
2. The Court may rule against you without formally calling the matter at the hearing.

**If an objection is not timely filed and served, the relief requested may be granted without a hearing.** LR 9014(b)(1).

Any objections to the Debtor's Chapter 13 Plan or to the proposed valuations must be written, state the grounds of objection, filed with the Court, and served upon:

United States Bankruptcy Court
300 Booth Street, Room 1109
Reno, Nevada 89509

Chapter 13 Trustee:
William Van Meter
P.O. Box 6630
Reno, NV 89513

Debtor Attorney:
Sean P. Patterson, Esq.
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Debtor(s):
Michelle A. Gerbus
6150 Leon Drive
Sun Valley, Nv. 89433

**Any opposing memorandum shall be filed and served fourteen (14) days before the hearing. Absent any written objection or opposition, the Court may confirm the Plan and value the collateral and set interest rates as set forth in the Debtor's Chapter 13 Plan without further notice and hearing. Parties wishing to appear and participate at this hearing shall call the toll-free conference line [(833-435-1820) Meeting ID: 161 214 7653, Passcode: 313068#. In the alternative, go to https://www.nvb.uscourts.gov/ to check for the phone number and code.**

DATED this 1st day of May 2026.

/s/Sean P. Patterson, Esq.
SEAN P. PATTERSON, Esq.

2