SEAN P. PATTERSON, Esq.                          ELECTRONICALLY FILED
STATE BAR NUMBER 5736                                  5-4-26
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

IN RE:                                  Case No.  BK-N-26-50442-HLB
    MICHELLE A. GERBUS                          (Chapter 13)
                                        CERTIFICATE OF MAILING
                                        Hearing Date: 8-20-26
                                        Hearing Time: 3:00 p.m.
                                        Time Required: 5 Minutes

          Debtor.
_____/

I certify, under penalty of perjury, that the foregoing statement is true and correct:

1)    That on May 4, 2026, I mailed a true copy of Notice and Chapter 13 Plan to: all creditors and otherwise interested parties in the above captioned matters as evidenced by the attached mailing matrix.

2)    That such mailing was accomplished by first class mail, prepaid.

3)    This document was sent to William Van Meter, Trustee, via electronic mail.

4)    This certificate is true and correct and signed under penalty of perjury pursuant to 28 U.S.C. Sec. 1746.

Respectfully submitted this 4th day of May 2026.

/S/SEAN P. PATTERSON
SEAN P. PATTERSON, ESQ.

**ALLIED FORECLOSURE SERVICES**
190 W. HUFFAKER LANE #408
RENO, NV 89511

**COASTALCOM**
ATTN: BANKRUPTCY
PO BOX 12220
EVERETT, WA 98206

**DOLLAR LOAN CENTER**
ATTN: BANKRUPTCY
8860 WEST SUNSET ROAD
LAS VEGAS, NV 89148

**FST PREMIER**
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

**JENNIFER YOUNKIN**
162 ARLINGTON DRIVE #408
JOHNSON CITY, TN 37601

**LVNV FUNDING LLC**
PO BOX 1269
GREENVILLE, SC 29602

**MOHELA/DOFED**
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005-1243

**STATE OF NEVADA-DETR**
ESD BENEFITS INTEGRITY
500 E. THIRD ST.
CARSON CITY, NV 89713