LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorney for creditor Jennifer Younkin*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MICHELLE A. GERBUS, aka MICHELLE GERBUS<br><br>Debtor. | Case No. 26-50442-hlb<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORENY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notice given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

LOUIS M. BUBALA III
KAEMPFER CROWELL
50 W. LIBERTY ST., STE. 1100
RENO, NEVADA 89501
TEL.: 775.398.4741

DATED: this 26th day of May 2026.

Louis M. Bubala III, Bar No. 8974
*Attorney for Creditor Jennifer Younkin*

KAEMPFER
CROWELL