WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

Electronically Filed on: July 22, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MICHELLE A. GERBUS,

Debtor.

CASE NO. 26-50442
CHAPTER 13

**TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

Hearing Date: 08/20/2026
and Time: 3:00 pm
(Time Required – 1 minute)

The Trustee objects to confirmation of the Debtor(s) Chapter 13 Plan or any Amended Plan to the extent the proposed Plan contains provisions inconsistent with the provisions of 11 U.S.C. §1322 or to the extent the requirements of 11 U.S.C. §1325 have not been satisfied. In connection with plan confirmation, the Trustee requests that the court determine that the Debtor has complied with 11 U.S.C. § 521(a)(1) and, that the automatic dismissal provisions of 11 U.S.C. § 521(i) do not apply.

The Trustee raises the following additional confirmation issues that are checked below:

**__X__** The Debtor(s) projected Disposable Income during the applicable Commitment Period is not applied to make payments to unsecured claims in this case. 11 U.S.C. §§1325(b)(1)(B) & (b)(2). Based on the supporting documentation provided to the Trustee and the Trustee's review of the Debtor's form B22C and Schedules I and J, the Debtor(s) has miscalculated their Current Monthly Income as defined by 11 U.S.C. § 101(10A) and their disposable income as defined by 11 U.S.C. § 1325(b)(2).

**The Trustee has objections to the confirmation of the debtor's plan; however, the plan provides for 100% distribution to all allowed claims. As long as the plan remains at 100% the Trustee has no objection to confirmation.**

**__X__** The Debtor(s) have not provided all requested tax returns or have failed to file all federal, state and/or local tax returns required by 11 U.S.C. § 1308. 11 U.S.C. § 1325(a)(9); Section 1228 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (not codified in Title 11).

**2025 Tax Return**

**__X__** Other. The Trustee requests the following additional documentation:
**Current Income**
**Boyfriend's income/household contribution**
**$500 Rent from Roommate**

DATED: July 22, 2026

/S/ WILLIAM A. VAN METER
William A. Van Meter, Trustee

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Candice Walker hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on July 22, 2026, I Electronically Filed the attached **<u>TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN</u>** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Dated: July 22, 2026

/S/ Candice Walker
Candice Walker

SEAN P. PATTERSON, ESQ.
232 COURT STREET
RENO, NV 89501